```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13519
   STEPHEN L PARISH
   PATRICIA A PARISH                      CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-8649    SSN XXX-XX-0264
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/27/07 .

    2.  The case was dismissed without confirmation, 01/03/2008.

    3.  The Debtor paid a total of $    870.00 .

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC MORTGAGE | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CASTLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CASTLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIZENS FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEICO INDEMNITY | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| JAMES C PAULY DDS | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, RUDDY MILROY & KING        , was allowed $   2500.00
and was paid $    2500.00  direct and $    .00  through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $    870.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 04/11/08                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```